NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONIQUE BOOE,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2012-3067

.

---

Petition for review of an arbitrator's decision in case no. BW-2011-R-0003 by Diana Mulligan.

---

## ON MOTION

---

## ORDER

Monique Booe and the Social Security Administration jointly move to dismiss the petition.

It appears that this petition was dismissed for failure to prosecute, on the same date the motion was filed but before the motion was filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.   The mandate is recalled, court's May 30, 2012 order dismissing the petition for failure to prosecute is vacated, and the petition is voluntarily dismissed.

FOR THE COURT

**JUN 1 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Katy M. Bartelma, Esq.
      Richard R. Klein, Esq.

s25

Issued As A Mandate:   **JUN 1 1 2012**

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2012

JAN HORBALY
CLERK